DOCUMENT FOR PUBLIC RELEASE
The decision issued on the date below is subject to an ASBCA Protective Order.
This version has been approved for public release.

ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Wild Hare Haulers, LLC | ) | ASBCA Nos. 64442, 64443 |
| | ) | |
| Under Contract No. W91249-25-D-A001 | ) | |

APPEARANCES FOR THE APPELLANT:     Aron C. Beezley, Esq.
                                   Jenna R. Mazzella, Esq.
                                     Bradley Arant Boult Cummings LLP
                                     Washington, DC

                                   Owen E. Salyers, Esq.
                                     Bradley Arant Boult Cummings LLP
                                     Charlotte, NC

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                     Army Chief Trial Attorney
                                    CPT Sara E. Bennett, JA
                                    MAJ Katharine M. Calderon, JA
                                     Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE MCILMAIL
UPON APPELLANT'S MOTION FOR RECONSIDERATION

Appellant requests reconsideration of our recent opinion deciding its Board Rule 12.2 appeals. In ASBCA No. 64442, we denied the appeal, upholding the government's termination of appellant's laundry and dry-cleaning contract for cause; in ASBCA No. 64443, we sustained the appeal in the amount of $3,767.71, plus interest, for services rendered. Motions for reconsideration do not afford litigants the opportunity to take a "second bite at the apple." *Avant Assessment, LLC*, ASBCA No. 58867, 15-1 BCA ¶ 36,137 at 176,384. Appellant reargues the same case it made before we issued our decision. The motion for reconsideration is denied.

Dated:  July 16, 2026

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

DOCUMENT FOR PUBLIC RELEASE
The decision issued on the date below is subject to an ASBCA Protective Order.
This version has been approved for public release.

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 64442, 64443, Appeals of Wild Hare Haulers, LLC, rendered in conformance with the Board's Charter.

Dated: August 4, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals